4114.mgp

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NIKOLAY PETKOV ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 1:21-cv-592 |
| ) | |
| HEYL TRUCK LINES, INC., and ) | |
| DENNIS CALDWELL, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF REMOVAL

Defendants HEYL TRUCK LINES, INC. ("Heyl Truck") and DENNIS CALDWELL ("Caldwell"), by their attorneys Studnicka & Poulakidas, LLC, pursuant to 28 USC §1332, §1441, and §1446, hereby submit their Notice of Removal from the Circuit Court of Cook County, Illinois to the United States District Court for the Northern District of Illinois, and in support thereof, state as follows:

1. On December 2, 2020, plaintiff Nikolay Petkov ("Petkov") commenced this action by filing his Complaint at Law (Ex. 1 hereto) in the Circuit Court of Cook County, Illinois. In sum, Petkov seeks to recover damages based upon his allegations of bodily injuries and property damage arising from a motor vehicle accident negligently caused by Defendants on June 16, 2020 in Georgia.

2. On December 28, 2020, plaintiff Petkov served process upon Caldwell in Florida. Caldwell has expressly consented to removal. See Group Ex. 2 and Ex. 3 hereto. On January 14, 2021, plaintiff Petkov served process on Heyl Truck's registered agent. See Group Ex. 2 and Ex. 4 hereto. Accordingly, this Notice of Removal is timely filed.

3. To preserve their state court venue-related defenses, on January 27, 2021, Defendants filed their appearance and jury demand with the Clerk of the Circuit Court of Cook

County, Illinois, along with their motion to dismiss pursuant to Illinois S.Ct. Rule 187. Copies of these filings are attached hereto as Ex. 5 and Ex. 6, respectively. Defendants have not filed any other responsive pleadings in the Circuit Court of Cook County, Illinois.

4. In Paragraph 1 of his Complaint (Ex. 1), plaintiff Petkov alleges his personal residence in Cook County, Illinois, at all times relevant. Based on these allegations, Defendants submit plaintiff Petkov is a citizen and resident of Illinois and is domiciled in Illinois for purposes of diversity jurisdiction.

5. In Paragraph 2 of his Complaint (Ex. 1), Petkov alleges Defendant Caldwell has been a Florida resident at all times relevant. In his Affidavit, Caldwell confirms he has resided at his Florida home address continuously from the alleged occurrence date to the present, and he intends to reside in Florida indefinitely. Ex. 3. For these reasons, Defendants submit Caldwell is a citizen and resident of Florida and is domiciled in Florida for purposes of diversity jurisdiction.

6. At all times relevant, Defendant Heyl Truck has been an Iowa corporation with its headquarters, principal place of business and registered agent located in Akron, Iowa. The executive team for Heyl Truck is located in Iowa, all significant corporate decisions are made in Iowa, and all meetings of the corporation's Board of Directions take place in Iowa. The corporation's primary bank accounts are located in South Dakota. Heyl Truck has a registered agent in Illinois but does not own real property in Illinois or maintain any business offices in Illinois. See Affidavit of Adam Loutsch; Ex. 4 hereto. For these reasons, Heyl Truck submits that it is a citizen of, and domiciled in, the State of Iowa for purposes of diversity jurisdiction.

7. Based on the foregoing, there is complete diversity among the parties, and this is an action between citizens of different states.

8. Petkov's Complaint (Ex. 1) includes an open prayer for damages in excess of $50,000 and is supported by his attorney's Illinois S.Ct. Rule 222 Affidavit attesting the damages sought in this action exceed $50,000. The Complaint alleges various elements of damages such as Petkov's severe and permanent injuries, medical expenses, pain and suffering, emotional distress, disability, disfigurement, loss of a normal life, lost income, and property damage.

9. Prior to suit, Petkov's attorney made a settlement demand greater than the $75,000 minimum for Federal diversity jurisdiction. Consequently, based upon the allegations of the Complaint and all damages information available to Defendants there is a reasonable probability that the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs. See Affidavit of Attorney Mark G. Poulakidas (Ex. 7 hereto).

10. Diversity jurisdiction exists, and defendants request that this Honorable Court remove the instant action from the Circuit Court of Cook County, Illinois to the United States District Court for the Northern District of Illinois. Copies of this Notice of Removal have been served upon plaintiff's attorney and the Clerk of the Circuit Court of Cook County, Illinois.

WHEREFORE, Defendants HEYL TRUCK LINES, INC. and DENNIS CALDWELL respectfully request that this Honorable Court remove the instant action from the Circuit Court of Cook County, Illinois to the United States District Court for the Northern District of Illinois, and enter such other and further relief as this Court deems just.

Respectfully submitted,

*/s/ Mark G. Poulakidas*
Mark G. Poulakidas (ARDC # 6230065)
STUDNICKA & POULAKIDAS, LLC
Attorney for Defendants
2 N. Riverside Plaza, Suite 1220
Chicago, IL 60606
Tel: (312) 332-6644
mpoulakidas@hskolaw.com

3